UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARY JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| vs. | )  1:05-CV-1734-RLY-TAB |
| | ) |
| ANNA CALDWELL, Director, V.O.A., | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: _____

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

Gary Jackson
Reg. No. 62449-065
Volunteers Of America
611 N. Capitol Ave.
Indianapolis, IN 46204

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204