UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

GARY JACKSON, )
)
        Petitioner, )
vs. ) 1:05-CV-1734-RLY-TAB
)
ANNA CALDWELL, Director, V.O.A., )
)
        Respondent. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 11/22/2005

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Copies to:

Gary Jackson
Reg. No. 62449-065
Volunteers Of America
611 N. Capitol Ave.
Indianapolis, IN 46204

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204